IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK H. BANKS,<br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALLEGHENY,<br>PENNSYLVANIA, ET AL.,<br>    Defendants. | Civil Action No. 05-781 |

ORDER

Plaintiff has appealed the non-dispositive order, dated April 22, 2008, entered by United States Magistrate Judge Amy Reynolds Hay [document #120]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 2nd day of May, 2008, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____ J.

cc:  The Honorable Amy Reynolds Hay,
     United States Magistrate Judge

     All parties of record