UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Frederick Banks,
    Plaintiff,

v.

County of Allegheny, et al.,

FILED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Civil Action No. 05-781

NOTICE OF APPEAL; AND MOTION FOR
RECONSIDERATION (memo order June 27, 08)

Plaintiff Frederick Banks ("Banks") hereby notifies the Court and the parties that he appeals from the order entered on or about June 27, 2008 to the United States Court of Appeals for the Third Circuit.

Banks also moves this Court for reconsideration as the Court clearly erred and granting the motion would prevent a manifest injustice. The Court clearly erred Banks stated that the Supreme Court of Pennsylvania, a state court upheld an award of 1.3 million for two inmates just exposed to staph and MRSA in 2004-2005. Thus Banks clearly stated a claim under state law and federal law. There is nothing in the record to show that Dana Phillipi had any medical professional license when Banks was treated in 2004-2005. The Court cites to a license in 2008. The Court cites to the CDC website that the Magistrate Judge did not mention in her report and recommendation; Banks a pro se inmate does not have access to the website or the internet. When the Court cited to a matter of public record outside the record of this case it violated Banks' due process and therefore the judgment is void. Thus Banks moves under Fed. R. Civ. Proc. 60(b) and 59(e) for the Court to vacate and or alter and amend the judgment. There is nothing in the record to indicate that medical staff proposed that "the benefits of the treatment with the drug outweighed the costs of the potential allergic reaction." Therefore on the current record defendants activity is much more than just negligence, it is a violation of the Eighth Amendment. Since the Banks v. Hull report merely based its dismissal on a strict liability a.k.a "respondeat superior" and Banks did not make a strict liability claim in the instant case it was improper to dismiss the suit against the County defendants on this basis and a violation of plaintiff's

due process thereby rendering the judgment void. Lastly, the Court failed to offer any valid reason for refusing to exercise supplemental jurisdiction over the state law claims, and failed to certify or rather offer reasons for certifying why any appeal from this order would not be taken in good faith. More violations of Due Process. WHEREFORE, the Plaintiff, Frederick Banks respectfully requests that the foregoing motion be granted.

Respectfully Submitted,

*[signature]*

Frederick Banks
05711-068, 1Au
PO Box 5000
Yazoo City, MS 39194

PLAINTIFF

AND NOW, THIS 21st DAY OF July 08, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

*[signature]*
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

Certificate of Service

I hereby certify that on this 7th day of July 2008 I served a true and correct copy of the foregoing by mail delivery upon the following:

Clerk, US Dist Court
PO Box 1805
Pittsburgh, PA 15230

cc: All Counsel of Record

*[signature]*
Frederick Banks