IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK H. BANKS; | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-781 |
| COUNTY OF ALLEGHENY; ALLE-GHENY CORRECTIONAL HEALTH SERVICES, INC.; RAMON RUSTIN; CALVIN LIGHTFOOT; FRED ROSE-MEYER; BRUCE DIXON; DAN ONORATO; and DANA PHILLIPS, | ) Judge Gary L. Lancaster/ Magistrate Judge Amy Reynolds Hay |
| Defendants | ) Re: Dkt. Nos. [130] & [131] |

## **MEMORANDUM ORDER**

Presently before the Court is Plaintiff's "Renewed Motion for Consideration [sic] and First Motion Pursuant to F.R.E. 201(d) to Take Judicial Notice," Dkt. [130], and Plaintiff's "Second First Motion Pursuant to F.R.E. 201(d) to Take Judicial Notice," Dkt. [131]. Previously, this Court ordered the dismissal of this action, Dkt. [124], and denied Plaintiff's first motion (Dkt. [125]) for reconsideration, Dkt. [128]. The case is currently on appeal to the United States Court of Appeals for the Third Circuit. See Notice of Appeal, filed at Dkt. [125] with Motion for Reconsideration. Because Plaintiff has already filed a notice of appeal from the order dismissing the entire case, this Court now is divested of subject matter jurisdiction to act further in this case. Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) (per curiam) ("The filing of a notice of appeal is an event of jurisdictional significance--it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case

involved in the appeal"); Gleeson v. Prevoznik, 253 Fed.Appx. 176, 179 (3d Cir. 2007)("Timely filing of a notice of appeal conferred jurisdiction on this Court and divested the District Court of control of the case."). Accordingly, Plaintiff's "Renewed Motion for Consideration [sic] and First Motion Pursuant to F.R.E. 201(d) to Take Judicial Notice," Dkt. [130], and Plaintiff's "Second First Motion Pursuant to F.R.E. 201(d) to Take Judicial Notice," Dkt. [131], are dismissed for lack of jurisdiction.

SO ORDERED this 12th day of September, 2008.

GARY L. LANCASTER
United States District Judge

cc: Frederick H. Banks
05711-068
FCC Yazoo City
Unit 2AU
PO BOX 5000
Yazoo City, MS 39194

All counsel of record by Notice of Electronic Filing

2